**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

James C. Downs
District Attorney - 9th JDC
701 Murray Street
Alexandria LA 71301

John T. Giordano
A.D.A.
Post Office Drawer 1472
Alexandria, LA 71309-1472


**REHEARING ACTION: January 18, 2012**


**Docket Number: 11   00610-KA**

**STATE OF LOUISIANA**
**VERSUS**
**BRANDON DALE ALLEN**

**Appealed from Rapides Parish Case No. 300821**


**BEFORE JUDGES:**

   **Hon. Ulysses Gene Thibodeaux**
   **Hon. Jimmie C. Peters**
   **Hon. Billy Howard Ezell**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **State of Louisiana** has this day been

   **DENIED.**


cc: Dmitrc Ian Burnes, Counsel for the Appellant